**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MIRANDA HILLARD**                                                                                   **PLAINTIFF**

**v.**                          **CASE NO. 4:20-CV-00485 BSM**

**FAMILY DOLLAR STORES, INC.**                                                          **DEFENDANT**

**ORDER**

Miranda Hillard's motion to amend her complaint [Doc. No. 12] is granted. *See* Fed. R. Civ. P. 15(c)(1)(C)(ii). Family Dollar Store, Inc.'s motion to dismiss [Doc. No. 4] is denied as moot because Hillard has amended the complaint, *see* Doc. No. 12. *See Pure Country, Inc. v. Sigma Chi Frat.*, 312 F.3d 952, 956 (8th Cir. 2002) (amended complaint renders moot a motion to dismiss the original complaint). This case is immediately remanded to the Circuit Court of Pulaski County.

IT IS SO ORDERED this 11th day of August, 2020.

                                                                                     _____
                                                                                     UNITED STATES DISTRICT JUDGE